1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
   703 South Eighth Street
3  Las Vegas, Nevada 89101
4  (702) 388-4469 Tel.
   (702) 386-9825 Fax
5  *thatfield@hatfieldlawassociates.com*

6  *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBRA POZDOL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, a Domestic Limited-Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:20-cv-00877-JCM-NJK<br><br>**STIPULATION AND ORDER TO RESCHEDULE ENE**<br>**(First Request)** |

IT IS HEREBY STIULATED AND AGREED by and between the parties' counsel of record that due to a conflict on the calendar of Plaintiff's counsel, the Early Neutral Evaluation presently scheduled for July 17, 2020 at 9:00 a.m. be rescheduled to July 31, 2020, at 9:00 a.m.. The deadline for submission of confidential written evaluation statements shall be moved to one week before the date of the ENE, and Defendant may arrive 30 minutes after the start of the ENE.

///

///

///

///

///

1

This is the first request by the parties for rescheduling of the ENE.

Dated this 1st day of July, 2020.

| **HATFIELD & ASSOCIATES, LTD.** | **BRYAN SCOTT,** |
|---|---|
| | City Attorney |
| */s/ Trevor J. Hatfield* | */s/ Jack O. Eslinger* |
| By: _____ | By: _____ |
| TREVOR J. HATFIELD, ESQ. (SBN 7373) | JACK O. ESLINGER (SBN 8443) |
| 703 South Eighth Street | Deputy City Attorney |
| 703 S. Eighth Street | 495 South Main Street, 6th Floor |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| (702) 388-4469 Tel. | (702) 229-6629 Tel. |
| thatfield@hatfieldlawassociates.com | jeslinger@lasvegasnevada.gov |
| *Attorney for Plaintiff* | *Attorneys for City of Las Vegas* |

A pre-ENE telephonic status check is scheduled for July 30, 2020, at 3:00 PM. The telephonic status check is for counsel and the Court only. To participate in the status check, counsel must dial, 5 minutes before the status check, (877) 810-9415, access code "2365998."

## **ORDER**

IT IS ORDERED that the Early Neutral Evaluation session shall be rescheduled to __July 31, 2020__, 2020 at _9:00 AM_.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _July 6, 2020_