# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEBRA POZDOL,

    Plaintiff(s),

v.

CITY OF LAS VEGAS,

    Defendant(s).

Case No.: 2:20-cv-00877-JCM-NJK

**Order**

[Docket No. 26]

Pending before the Court is Defendant's motion to strike Plaintiff's expert disclosure. Docket No. 26. Any response must be filed by December 15, 2020, and any reply must be filed by December 17, 2020.

The Court also notes that the instant motion implicates the most recent attempt by the parties to extend deadlines, which was denied <u>without prejudice</u> for failing to provide the basic information necessary to fully evaluate such request. *See* Docket No. 25; *see also* Docket No. 23 (setting hearing and identifying information that needed to be presented at that hearing).[1]  Any renewed stipulation for extension must be filed by December 14, 2020, and must provide the information identified at Docket No. 23.

IT IS SO ORDERED.

Dated: December 10, 2020

                                            Nancy J. Koppe
                                            United States Magistrate Judge

---

[1] It is a basic aspect of legal practice that a denial without prejudice means that the underlying request can be renewed. That is precisely the import of using the "without prejudice" modifier. *E.g.*, *Ceja v. Scribner*, 2016 WL 3996152, at *6 (C.D. Cal. Jan. 19, 2016). It is unclear why counsel apparently believes otherwise with respect to the denial without prejudice of the stipulation to extend. *See* Docket No. 26 at 4 ("this Court has already indicated that it is unwilling to move deadlines").

1